UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ROBERT L. ADAMS
_____
_____

(In the space above enter the full name(s) of the plaintiff(s).)

- against -

THOMAS MCGINLEY; PENNSYLVANIA GOVERNOR; ATTORNEY GENERAL; Bucks county PRESIDENT Judge; Bucks County City counselman; Bucks county Commissioner; Bucks DISTRICT Attorney office; Bucks Public Defenders office; Bucks clerk of Court; Bucks court Administrator; PA. court Administrator; Attorney Louis R. Busico; Attorney Niels Eriksen; Attorney David Knight; Attorney Patrick McMenomin; Bristol Borough Police Department

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes  ☐ No
(check one)

I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name ROBERT L. ADAMS
             ID # ES9586
             Current Institution SCI COAL Township
             Address 1 Kelley Drive
             Coal Township PA 17866

Rev. 10/2009

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name _See Attached Petition_    Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 2    Name _See Attached Petition_    Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 3    Name _See attached Petition_    Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 4    Name _See attached Petition_    Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 5    Name _See attached Petition_    Shield # _____
Where Currently Employed _____
Address _____

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? _See attached_

B.   Where in the institution did the events giving rise to your claim(s) occur? _See Attached_

C.   What date and approximate time did the events giving rise to your claim(s) occur? _See_

Rev. 10/2009                                - 2 -

Attached Documents

**What happened to you?**

D. Facts: unlawfully Arrested without warrant; Illegally Arrested without a complaint or warrant; Kidnapped by Bucks county officials; Evidence Altered/Tampered with by Commonwealth; Evidence planted by Commonwealth and Bristol Borough police; perjured Testimony given by Bucks County prison officials; Fundament Error; Ineffective

**Who did what?**

assistance of counsel; Due Process violations; Illegal search and seizure; False imprisonment; unlawful Restraint; Conspiracy; cruel and unusual Punishment; Deliberate indifference; Fraud upon the court committed by Commonwealth; miranda warning

**Was anyone else involved?**

violations; unlawful/illegally Arrest by unauthorized unlicensed individuals; Assault; Robbery; Theft By unlawful Taking; unauthorized practice of Law; Fundamental miscarriage of Justice;

**Who else saw what happened?**

Government interference; obstruction of Justice; Defamation of character; Torture; Institutional Deliberate indifference; unlawful Deprivation of Freedom and Property by Bucks county officials.

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Falsely imprisoned, Beaten by correctional officers; incarcerated for crimes I Did not commit; Denied Due Process; Hospitalized; Drugged by medical staff at Bucks county; Denied Right to effective counsel; see attached Exhibit From THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT of Pennsylvania.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a

prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _See Attached Documents_

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _See attached Documents_

1. Which claim(s) in this complaint did you grieve? _____

2. What was the result, if any? _____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
_See Attached Documents_

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: __N/A__

2.  If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: __N/A__

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. __N/A   HeRe__

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount) __Immediate Release; vacate illegal convictions; Compensatory Damages in the Amount of 500 million; Punative Damages;__

Rev. 10/2009

- 5 -

Secure Housing in a location determined by the plaintiff; Transportation provided to the plaintiff; plaintiff's criminal Record Expunged and sealed; please see the Attached Documents and Exhibits to see the Basis For the Amount Requested. "Intention infliction of Emotional Distress; Pain and Suffering; Negligence; Trespass; False imprisonment" and more."

VI. Previous lawsuits:

[ On these claims ]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓ No ___

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:
Plaintiff Robert Adams
Defendants Thomas McGinley, et al

2. Court (if federal court, name the district; if state court, name the county) Bucks

3. Docket or Index number Don't have yet, Filed same day as this.

4. Name of Judge assigned to your case  Don't have yet
5. Approximate date of filing lawsuit  1/23/26
6. Is the case still pending? Yes ___ No ___  N/A

   If NO, give the approximate date of disposition ___

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  I Filed it the same Day I Filed this as Explained in Petition.

C. Have you filed other lawsuits in state or federal court?

   [On other claims]

   Yes ✓  No ___

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

   Plaintiff  Robert L. Adams
   Defendants  Bucks county Correctional staff, et al

2. Court (if federal court, name the district; if state court, name the county)  EASTERN
3. Docket or Index number  23-2142
4. Name of Judge assigned to your case  J. MURPHY
5. Approximate date of filing lawsuit  2023
6. Is the case still pending? Yes ✓ No ___

   If NO, give the approximate date of disposition ___

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ___

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of January, 20 26.

Signature of Plaintiff  Robert L. Adams
Inmate Number  ES9586

Rev. 10/2009

- 7 -

Institution Address  Robert Adams - E59586
SCI Coal Township
1 Kelley Drive
Coal Township, PA 17866

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __28__ day of __January__, 20 __26__, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _Robert L. Adams_

Rev. 10/2009

- 8 -

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT L. ADAMS                      : CIVIL ACTION No.
         V.                          : JURY TRIAL DEMANDED
THOMAS MCGINLEY;
PENNSYLVANIA GOVERNOR;
ATTORNEY GENERAL;
BUCKS COUNTY PRESIDENT JUDGE;
BUCKS COUNTY CLERK OF COURT;
BUCKS COUNTY DISTRICT ATTORNEY OFFICE;
BUCKS COUNTY PUBLIC DEFENDER OFFICE;
BUCKS COUNTY COURT ADMINISTRATOR;
PA. COURT ADMINISTRATOR;
 ATTORNEY LOUIS R. BUSICO;
ATTORNEY NIELS C. ERIKSEN JR;
ATTORNEY PATRICK J. McMENAMIN JR., et al

## JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C section 1983 to Redress the deprivation, under color of state Law, of the rights secured by the Constitution of the UNITED STATES. The Court has Jurisdiction under 28 U.S.C. Section 1331 and 1342(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C section 2201 and 2202. Plaintiff's claims for injunctive Relief are authorized by 28 U.S.C. section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. Venue lies in this Judicial district pursuant to 28 U.S.C. § 1391 (b)(2) because the events giving rise to this Action occurred in Bucks County, Pennsylvania, within the Eastern District of Pennsylvania.

## PARTIES

3. Plaintiff Robert L. Adams Jr is a 45 year old man who is incarcerated aat SCI Coal Toownship, 1 Kelley Drive, Coal Township PA, 17866.

4. Defendant Thomas MCGINLEY is the Superintendant of SCI Coal Township. He is Legally responsible for the operations of SCI Coal Township and for the welfare of all the inmates in that prison.

5. Pennsylvania Governor, is the Governor of Pennsylvania who is legally responsible for Pennsylvania.

6. Bucks County President Judge is the President Judge of Bucks County Pennsylvania and is the President Judge is Legally Responsible for the Operations of the Bucks County Pennsyl

vania

Judicial Processes.

7. Bucks County Clerk Of Court is the Clerk of Bucks County Court. He/She is Legally responsible for the filing of Court and official legal Documents in all Bucks County Court proceedings.

8. Bucks County's District Attorney's Office, is legally responsible for prosecuting crimes.

9. The Public Defenders Office, is responsible for providing Effective assistance of counsel to people in need of legal assistance.

10. Attorney Louis R. Busico, is a attorney of Law and he is legally responsible for providing effective assistance of counsel to his clients who hire him.

11. Court Appointed Counsel Niels C. Eriksen Jr is a Attorney of Law and was legally responsible for providing effective assistance of counsel to his clients.

12. Attorney Patrick J. McMenamin Jr is a attorney of law who is responsible for providing effective assistance of counsel to his clients.

13. Bucks County Court Administrator is the Courts Administrator and is responsible for the Duties entrusted to him/her by the Court.

14. Pa. Court Administrator, is Pennsylvania's Court Administrator and is responsible for the Duties entrusted to him/her by the Courts.

15. EACH DEFENDANT IS BEING SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT, EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW.

## COMPLAINT

Plaintiff Robert L. Adams Jr, is now a 45 year old man who is currently incarcerated at SCI Coal Township, in Coal Township Pennsylvania, Following Several Unlawful, illegal arrests and convictions from BUCKS COUNTY PENNSYLVANIA. This Civil Action is in Regards to Docket Numbers: CP-09-CR-0000796-2001; CP-09-CR-0000575-2023; CP-09-CR-0001352-2023. Plaintiff Adams has been unlawfully detained, unlawfully arrested, kidnapped by Bucks County Officers, Robbed By Bucks County Officials/lawyers, Physically Abused and beaten by Bucks County Prison Officials, has been falsely imprisoned, had evidence altered and planted by the Commonwealth and Bucks County Officers in Bristol Borough, Denied the effective assistance of counsel in every proceeding and has had each and every last one of his Constitutional Rights denied to him and violated by Bucks County Court Officials; Defense Attorneys; Court

Officers; Arresting Officers and prison officials. Bucks County has never had Jurisdiction over Plaintiff Adams. Bucks County Officers, Court Officials, Attorneys for the Commonwealth and Defendant, along with Bucks County Prison Officials and everyone named in this complaint has indulged in an unauthorized Practice of Law and Conspiracy to Convict a Innocent man.

The Commonwealth and all the defendants named in this complaint Has committed Fraud Upon the Court in violation of Pa. C. S. § 4904 and U. S. C. S. § 1001 (a)(2), IN VIOLATION OF PLAINTIFF's 4th, 6, 8th, and 14th amendment rights; CONSPIRACY IN VIOLATION OF 18 Pa. Cons. Stat. Ann § 903, IN VIOLATION OF PLAINTIFF's 4th, 5th, 6th, 8th, and 14th AMENDMENT OF THE UNITED STATES CONSTITUTION; TAMPERING WITH OR FABRICATING PHYSICAL EVIDENCE IN VIOLATION OF 18 Pa. C. S. S. § 4901 (1)-(2); MALICIOUS ABUSE OF PROCESS IN VIOLATION OF THE 14th and 4th AMENDMENT; TAMPERING WITH PUBLIC RECORD OR INFORMATION IN VIOLATION OF 18 Pa. C. S. § 4911; VIOLATING PLAINTIFFS EQUAL PROTECTION OF LAW CONSTITUTIONAL RIGHT; DELIBERATE INEFFECTIVE ASSISTANCE OF COUNSEL IN VIOLATION OF PLAINTIFFS 6th AMENDMENT RIGHT; INEFFECTIVE ASSISTANCE OF COUNSEL IN VIOLATION OF PLAINTIFF'S 6TH AMENDMENT RIGHT; TAMPERING WITH THE ADMINISTRATION OF JUSTICE IN VIOLATION OF PLAINTIFF'S 4TH, 6TH, 8TH, AND 14TH AMENDMENT; 14th AMENDMENT DUE PROCESS VIOLATIONS; 14th AMENDMENT DUE PROCESS VIOLATION, DELIBERATE FAILURE TO DISCLOSE EXCULPATORY EVIDENCE; UNAUTHORIZED PRACTICE OF LAW; A CAMPAIGN OF CONSPIRACY; FALSE IMPRISONMENT IN VIOLATION OF PLAINTIFF'S 8th AMENDMENT; KIDNAPPING IN VIOLATION OF PLAINTIFF'S 4th, 8th and 14th AMENDMENT; OBSTRUCTION OF THE ADMINISTRATION OF JUSTICE, CORRUPTION OF JUSTICE, OFFICIAL MISCONDUCT, BREACH OF OFFICIAL DUTY, FRAUD UPON THE GOVERNMENT, PERJURY, FUNDAMENTAL ERROR, STRUCTURAL ERROR, CLEAR ERROR, ABUSE OF DISCRETION, UNLAWFUL SEARCH AND SEIZURE, NO WARRANTS, NO PROBABLE CAUSE, VIOLATIONS OF THE CODE OF JUDICIAL CONDUCT, MIRANDA VIOLATIONS AND UNLAWFUL ARREST BY A UNAUTHORIZED INDIVIDUAL WITHOUT POLICE POWERS.

Plaintiff Adams Has filed a Habeas Corpus in THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, Under the "Fundamental Miscarriage Of Justice Exception" FOR Docket Number CP-09-CR-0000796-2001. CASE NUMBER: 25-1921. CASE ASSIGNED TO: THE HONORABLE JUDGE WOLSON. In that petition, Plaintiff did not mention this current NEWLY DISCOVERED EVIDENCE AS, Plaintiff Adams just became aware of the Newly Discovered Evidence. This Newly Discovered evidence for this Particular Docket Number (cp-09-cr-0000796-2001) is as follows: (THERE BEING NO WARRANTS CONTAINED IN THE RECORD, AND THE DATE OF THE WARRANT ISSUANCE AND RETURN WERE NOT NOTED IN THE DOCKET. ALSO, THE DOCKET DOES NOT CONTAIN A "COMPLAINT/CITATION NUMBER". Where it says on the Docket, (Complaint/citation number), it says: (UNKNOWN). This means that Plaintiff has been illegal locked up for 25 years without a affidavit of probable cause. Pursuant to The Pennsylvania Rules Of Criminal Procedures and even The Federal Rules Of Criminal Procedures,

res,
There must be a Complaint/citation number as this is the affidavit of Probable Cause. Pursuant to Pa. R. Crim. P 125 (a)- (Which has been renumbered)-PROVIDES THAT EACH ISSUING AUTHORITY SHALL MAINTAIN A DOCKET IIN WHICH TO RECORD THE PROCEEDINGS IN ALL CASES, AND RULE 125 (b) PROVIDES THAT THE DOCKET SHOULD CONTAIN INTER ALIA, THE DATE OF THE ISSUANCE OF ANY CITATION, SUMMONS OR WARRANT OF ARREST AND THE RETURN OF SERVICE THEREON. Pa. R. Crim. P REQUIRES THE ISSUING AUTHORITY TO PREPARE AND TRANSMIT TO THE CLERK OF THE PROPER COURT A TRANSCRIPT OF THE PROCEEDINGS BEFORE HIM, AND TO ATTACH TO THE TRANSCRIPT THE ORIGINAL COMPLAINT AND THE SUMMONS OR THE WARRANT OF ARREST AND ITS RETURN. Pa. R. Crim. P 126 (b)(1), (b)(2).
Plaintiff Adams Has simultaneously filed a "STATE HABEAS CORPUS" in Bucks County State Court. However, Due to the Corruption of Bucks County State officials, Plaintiff fears that his State Habeas Corpus will not get filed within the lower Courts and therefore, Plaintiff brings this Matter to the Honorable United States District Court For The Eastern District Of Pennsylvania.
As A Continuance to this complaint, plaintiff attaches his State Habeas Corpus with exhibits and avers the following:

INMATE MAIL
PA DEPT. OF CORRECTIONS

Clerk of Court
THE UNITED STATES DISTR[ICT]
601 MARKET Street
Phila, PA 19106

Robert Adams - ES9586
1 Kelley Drive
Coal Township PA, 17866