# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT L. ADAMS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO.  26-686** |
| | : | |
| **THOMAS MCGINLEY,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 14th day of April 2026, upon consideration of Robert L. Adams's *pro se* complaint (DI 2), it is **ORDERED** that:

1.      All federal law claims in Mr. Adams's complaint are **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).  The dismissal is without prejudice to Mr. Adams filing a new case only in the event his underlying convictions are reversed, vacated, or otherwise invalidated.

2.      All state law claims in Mr. Adams's complaint are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

3.      The Clerk of Court shall **CLOSE** this case.

MURPHY, J.